UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 21-06416 |
| | ) | |
| MORRIS MAILING, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**OCT 19 2021**

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## Class 8 Ballot for Accepting or Rejecting Plan of Reorganization

Morris Mailing, Inc., Debtor, filed an amended plan of reorganization dated September 29, 2021 [Dkt. No. 50] (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by the Clerk of the Court, US Bankruptcy Court, Eastern Division, 219 S. Dearborn, 7th Floor, Chicago, IL 60604, on or before November 10, 2021, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 8 claim against the Debtor in the

unpaid amount of Dollars $  2,945*

*the dollar amount reflected here is not an admission by the Debtor that the holder has an allowed claim in this dollar amount, and the Debtor expressly reserves any rights to object to the dollar amount reflected herein or any associated claims.

**SEE NEXT PAGE OF THIS NOTICE FOR VOTING SECTION OF THE BALLOT**

*[Check one box only]*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: 10/14/2021

Print or type name: Kenneth J. Scott

Signature: [signature]                                    Title (if corporation or partnership) _____

Address: 19 Spark St
Cary IL 60013

---

**On or before**

**November 10, 2021**

**Return this ballot to:**

**Clerk of the Court
US Bankruptcy Court
Eastern Division
219 S. Dearborn
7th Floor
Chicago, IL 60604**